UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 04-CR-446** |
| | : | |
| v. | : | |
| | : | |
| **PEDRO ANTONIO MARIN, et al.,** | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## STATUS REPORT

The United States, through undersigned counsel, respectfully submit this status report regarding the above-mentioned matter. The Government requests that the arrest warrants for the defendants in this matter remain outstanding.

Respectfully submitted this 13th day of August, 2020.

    Marlon Cobar, Acting Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice

    /s/ *Jason Ruiz*
    Jason Ruiz
    Acting Assistant Deputy Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    145 N Street NE, 2nd Floor East
    Washington, D.C. 20530
    (202) 514-0420
    Jason.Ruiz@usdoj.gov